THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dennis Carey
 Miller, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No.  2011-UP-031  
Submitted January 1, 2011  Filed January
 26, 2011
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott,  all of
 Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Dennis
 Carey Miller appeals his conviction for conspiracy to violate the Solid Waste
 Policy and Management Act.  On appeal, Miller argues the trial court erred in
 denying his motion for a directed verdict.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved. 
APPEAL DISMISSED.
THOMAS, PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.